1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5    CYMEYON V. HILL,                        Case No. 21-cv-06616-YGR  (PR)
                        Plaintiff,
6                                            **ORDER OF DISMISSAL WITHOUT
                                             PREJUDICE**
7        v.

8    SOCIAL WORKER CORNELSON, et al.,

9                        Defendants.

10       On February 3, 2022, the Court issued a Second Dismissal with Leave to Amend.

11  Specifically, the Court granted plaintiff twenty-eight days from the date of the Order to file a

12  second amended complaint to allege facts sufficient to state a cognizable constitutional claim.

13  Plaintiff was warned that the failure to timely file an amended complaint would result in the

14  dismissal of this action for failure to prosecute.  The time for plaintiff to file his second amended

15  complaint has passed, and no second amended complaint has been filed.

16       Taking into account the salient factors set forth in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260

17  (9th Cir. 1992), the Court finds that dismissal is warranted under Federal Rule of Civil Procedure

18  41(b). [1] *See Yourish v. Cal. Amplifier*, 191 F.3d 983, 989, 992 (9th Cir. 1999) (affirming dismissal

19  of action following plaintiff's failure to amend complaint after receiving leave to do so, where the

20  interest in expeditious resolution of litigation, the Court's management of its docket, and avoiding

21  prejudice to defendants favored dismissal).  Accordingly,

22       IT IS HEREBY ORDERED that the complaint in the above-captioned action is

23  DISMISSED.

24

25    [1] If and when plaintiff is prepared to pursue his claims, he may file a new civil rights
action.  The limitations period to file a section 1983 action in California is two years, but it is
26  tolled for up to two years during a continuous period of incarceration. *See Silva v. Crain*, 169 F.
3d 608, 610 (9th Cir. 1999) (holding, pursuant to Cal. Civ. Proc. Code § 340(3), that the
27  limitations period for filing a section 1983 action in California is one year); S.B. 688 (amending
Cal. Civ. Proc. Code § 340(3) and adding section 335.1 to establish two-year residual limitations
28  period for personal injury actions); Cal. Civ. Proc. Code § 352.1(a) (providing for an additional
two years of tolling during a period of continual imprisonment).

United States District Court
Northern District of California

1    The Clerk of the Court shall terminate all pending motions and close the file.

2        IT IS SO ORDERED.

3    Dated:  April 25, 2022

   _____
   JUDGE YVONNE GONZALEZ ROGERS
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2